# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **NORMAN IP HOLDINGS, LLC,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 6:11-cv-495-LED-JDL** |
| **LEXMARK INTERNATIONAL,** | § | |
| **INC., et al.,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **FREESCALE SEMICONDUCTOR,** | § | |
| **INC., INFINEON TECHNOLOGIES** | § | |
| **NORTH AMERICA CORPORATION,** | § | |
| **STMICROELECTRONICS, INC.,** | § | |
| **QUALCOMM INCORPORATED,** | § | |
| **ADVANCED MICRODEVICES, INC.** | § | |
| **and RPX CORPORATION** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("R&R") has been presented for consideration (Doc. No. 665). The Magistrate Judge recommends granting Advanced Micro Devices, Inc.'s ("AMD") Motion to Dismiss Volkswagen Group of America, Inc.'s ("Volkswagen") Third-Party Claim Against AMD (Doc. No. 569). Volkswagen was given 14 days from the date of the R&R to amend its complaint, and did so by filing a filing a First Amended Third-Party Complaint Against AMD (Doc. No. 676) on July 30, 2013. No objections have been filed. Having carefully considered the parties' arguments, the Court is of the opinion that the findings and conclusions of the Magistrate Judge

are correct. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that AMD's original Motion to Dismiss be **GRANTED**.

**So ORDERED and SIGNED this 9th day of September, 2013.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**